### RICHARDSON vs. HOOK.

APPEAL FROM THE COURT OF PROBATES FOR THE PARISH OF OUACHITA.

The wife of the deceased husband cannot be appointed curatrix of the succession, and be allowed to administer it, when the mother and sisters of the husband, present themselves as heirs, and claim the administration and acceptance of the estate, with benefit of inventory.

The plaintiff applied to the Court of Probates to be appointed administratrix of her deceased husband's estate, alleging there is a large crop of cotton and other products growing on the hereditary lands belonging to herself and her late husband's succession, and that she has accepted the succession with benefit of inventory, and that it is not practicable to partition out the community of acquests and gains at present.

The defendant being the mother of the deceased, opposed her application, which was sustained.

PORTER, J., delivered the opinion of the court.

Subsequent to the application of the defendant to be appointed administratrix of the succession of Morehouse, the

*The wife of the deceased husband cannot be appointed curatrix of the succession and be allowed to administer it, when the mother and*

plaintiff filed a petition, in which she prayed that the office might be conferred on her; this, the defendant opposed, and the judge sustaining the opposition, directed the application to be set aside at the cost of the applicant.

The court did not err for the reasons just given in the case of *Hook* vs. *Richardson.*

It is, therefore, ordered, adjudged, and decreed, that the judgement of the Probate Court be affirmed, with costs.

*Scott* and *Winn,* for plaintiff. *Boyce,* for defendant.